COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| CAPITOL APPRAISAL GROUP, L.L.C., | | No. 08-14-00296-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 5 |
| | § | |
| WESTERN REFINING CO., L.P., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2014-DCV-0446) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion filed by Appellant, Capitol Appraisal Group, L.L.C., and Appellee, Western Refining Company, L.P., to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the dispute between the parties has been resolved. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

March 19, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)